■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD A. CUMMINGS, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Nassau County (Delin, J.), rendered June 18, 1987, upon his conviction of operating a motor vehicle while under the influence of alcohol, as a felony, and aggravated unlicensed operation of a motor vehicle in the second degree, upon his plea of guilty.

Ordered that the judgment is affirmed.

The sentence imposed upon the defendant, which included a term of imprisonment of from 1 to 3 years, was neither illegal nor excessive. Thompson, J. P., Bracken, Brown, Weinstein and Spatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ZEV DICKSTEIN, Appellant.—Appeal by the defendant from two judgments of the County Court, Nassau County (Thorp, J.), both rendered November 7, 1986.

Ordered that the judgments are affirmed (see, People v Broadie, 37 NY2d 100, cert denied 423 US 950; People v Blackman, 135 AD2d 646, lv denied 70 NY2d 1004; People v Kazepis, 101 AD2d 816). Mangano, J. P., Kunzeman, Rubin, Kooper and Harwood, JJ., concur.